07cv6383
JUDGE KENNELLY
MAG. JUDGE VALDEZ

The civil cover sheet an law, except as provided INSTRUCTIONS ON T ...ing and service of pleadings or other papers as required by ...irt for the purpose of initiating the civil docket sheet. (SEE

### (a) PLAINTIFFS

WILLIAM E. DUGAN, et al.

### DEFENDANTS

AWIN MANAGEMENT, INC., a Delaware corporation, f/k/a ILLIANA DISPOSAL PARTNERS, INC., d/b/a SERVICE WASTE

**(b)** County of Residence of First Listed Plaintiff  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
NOV X 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200, Chicago, IL 60606
(312) 236-4316

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | | | | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. 660 Occupational Safety/Health | 830 Patent | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability | 370 Other Fraud 371 Truth in Lending | 690 Other | 840 Trademark | 490 Cable/Satellite TV 810 Selective Service |
| 160 Stockholders' Suits | 350 Motor Vehicle | 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 850 Security/Commodity/Exch. 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) 862 Black Lung (923) | 891 Agricultural Acts |
| 195 Contract Product Liability | 360 Other Personal Inj. | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| 196 Franchise | | | | 864 SSID Title XVI | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt.Reporting & Disclosure Act | 865 RSI (405(g)) | 894 Energy Allocation Act 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | | | |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | |
| 245 Tort Product Liability | 445 ADA—Employment | 540 Mandamus & Other | [■] 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | 446 ADA — Other | 550 Civil Rights | | | |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [■] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

29 USC Sections 1132, 1145, et seq.
An action to recover delinquent fringe benefit contributions

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [■] No

**IX. This case** [■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 11/8/07
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*