## United States District Court for the Northern District of Illinois

Case Number: 07CV6383     Assigned/Issued By: J.N.

Judge Name: KENNELLY     Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP          [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____     Receipt #: 1115551_____

Date Payment Rec'd: 11-9-07____     Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _11-9-07_ as to _DEFENDANT_____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm      03/14/05