UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, *et al.*

Docket Number: 07C 6383

Assigned Judge: JUDGE KENNELLY

V.

Designated Magistrate Judge: JUDGE VALDEZ

AWIN MANAGEMENT, INC., a Delaware corporation, f/k/a ILLIANA DISPOSAL PARTNERS, INC., d/b/a SERVICE WASTE

TO: Awin Management, Inc.
c/o CT Corporation System, Registered Agent
251 E. Ohio Street, Suite 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk
(by) Deputy Clerk

NOV 0 9 2007
Date



**MARION COUNTY SHERIFF
FRANK J. ANDERSON
CIVIL DIVISION**
200 EAST WASHINGTON ST SUITE 1122
INDIANAPOLIS, INDIANA 46204
TELEPHONE: (317) 327-2461

## AFFIDAVIT OF RECORD OF SERVICE

CAUSE NUMBER __07 C6383__    CASE NAME __Summons__

__Chris Franklin 2748___, being duly sworn on his oath states that he/she is an authorized Deputy Sheriff for the County of Marion, State of Indiana. Affiant further states that he/she over twenty-one years of age and is not a party to this action or related to any party there to. Affiant further states that he/she has reviewed the records of the Marion County Sheriff's Department and can state those records reflect that the summons and a copy of the complaint was served in the following manner:

- Served the Summons and a copy of the Complaint by reading to and within the hearing of the within named _____ and delivering to him/her a true copy of the same.
  **PERSONAL SERVICE**

- Served the summons and a copy of the Complaint by leaving a true copy of the same at the last and usual place of residence of the within named _____ and by mailing a copy of said Summons to same by first class United States mail to said defendant at the below address.
  **COPY SERVICE**

- Served the within named _____ by reading this Summons and a copy of the Complaint, and within the hearing of _____, Title _____ of said corporation and delivering to him/her a true copy of same; he/she being the highest officer of said corporation found within his/her bailiwick.
  **CORPORATE SERVICE**   Corp 1006
  AWin management

- Made a diligent search, and failed to find any of the within named defendants within his/her bailiwick.
  **NOT FOUND**

Served at __251 E Ohio Ste 1100__
On this __14__ day of __Nov__ 20__07__

Frank J. Anderson
Sheriff of Marion County, Indiana

By: _____ 2748
Deputy Sheriff

Sworn to and subscribed to before me, a Notary Public, in and for Marion County, Indiana,
this __14__ day of __Nov__ 20__07__

_____   My commission expires: __9-26-08__
Notary Public                County of residence: Marion