IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6383 |
| AWIN MANAGEMENT, INC., a Delaware ) | |
| corporation, f/k/a ILLIANA DISPOSAL ) | JUDGE MATTHEW F. KENNELLY |
| PARTNERS, INC., d/b/a SERVICE ) | |
| WASTE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  CT Corporation System, Registered Agent           Mr. Scott A. Gore
     Awin Management, Inc.                              Laner, Muchin, Dombrow, Becker,
     251 E. Ohio Street, Suite 1100                     Levin & Tominberg, Ltd.
     Indianapolis, IN   46204                           515 N. State Street, Suite 2800
                                                        Chicago, IL   60610-4324

     NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

                                                        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com
I:\MOEJ\Illiana Disposal\notice of dismissal.jdg.df.wpd

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 24th day of January 2008:

    CT Corporation System, Registered Agent
    Awin Management, Inc.
    251 E. Ohio Street, Suite 1100
    Indianapolis, IN   46204

    Mr. Scott A. Gore
    Laner, Muchin, Dombrow, Becker,
    Levin & Tominberg, Ltd.
    515 N. State Street, Suite 2800
    Chicago, IL   60610-4324

              /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Illiana Disposal\notice of dismissal.jdg.df.wpd