# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

William E. Dugan, et al.
                    Plaintiff,

v.                                     Case No.: 1:07−cv−06383
                                   Honorable Matthew F. Kennelly

Awin Management, Inc.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 29, 2008:

    MINUTE entry before Judge Matthew F. Kennelly : Case is voluntarily dismissed pursuant to Rule 41(a)(1)(i). Status hearing date of 1/31/2008 is vacated. Civil case terminated. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.